UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARILYN R. JOHNSON, | Civil No. 1:20-cv-00541 |
| *Plaintiff,* | |
| v. | |
| ANDREW SAUL,<br>COMMISSIONER OF<br>SOCIAL SECURITY, | |
| *Defendant.* | |

## STIPULATION AND ORDER FOR ATTORNEY FEES

**IT IS HEREBY STIPULATED** by and between Rebecca H. Estelle, Special Assistant United States Attorney, for James P. Kennedy, Jr., the United States Attorney for the Western District of New York, attorneys for the defendant herein, and Jeanne Murray, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of $6,940.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Such award is made in full satisfaction of any claim for fees, expenses and costs under the EAJA.  It is further agreed that the Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $400.00.

The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

|  |  |
|---|---|
|  | James P. Kennedy, Jr.<br>United States Attorney |
| By: | _/s/Rebecca H. Estelle_<br>Rebecca H. Estelle<br>Special Assistant U.S. Attorney<br>Attorney for Defendant<br>c/o Social Security Administration<br>Office of General Counsel<br>26 Federal Plaza, Room 3904<br>New York, New York 10278<br>(212) 264-2023 |
|  | Law Offices of Kenneth Hiller, PPLC<br>Attorneys for Plaintiff |
| By: | _/s/ Jeanne Murray_<br>Jeanne Murray, Esq.<br>Law Offices of Kenneth Hiller, PPLC<br>6000 North Bailey Avenue<br>Suite 1A<br>Amherst, NY 14226<br>716-564-3288 |

SO ORDERED

_____
ELIZABETH A. WOLFORD
United States District Judge
DATED: 05/19/2021